# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2012

143749 & (45)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

HARPER HENDERSON,
      Plaintiff-Appellant,

v

                                SC: 143749
                                COA: 295765

TRACI ANNE HENDERSON,
      Defendant-Appellee.
                                Oakland CC: 2007-735091-DM

_____/

      On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the June 9, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2012

_____
Clerk

p0321